UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

FILED
IN CLERK'S OFFICE

2004 OCT 28  A 10: 32

U.S. DISTRICT COURT
DISTRICT OF MASS.

|   |   |
|---|---|
| CSX TRANSPORTATION, INC., </br></br>*Plaintiff*, </br></br>v. </br></br>RECOVERY EXPRESS, INC., in its own right and d/b/a INTERSTATE DEMOLITION AND ENVIRONMENTAL CORP., </br></br>*Defendant*. | ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) Civil Action </br> ) No. 04-12293 WGY </br> ) </br> ) </br> ) </br> ) |

**PLAINTIFF CSX TRANSPORTATION, INC.'S**
**CORPORATE DISCLOSURE STATEMENT (LOCAL RULE 7.3)**

The plaintiff, CSX Transportation, Inc., is wholly owned by CSX Corporation, which is a publicly held company.

CSX TRANSPORTATION, INC.
By its attorneys,

October 28, 2004

Wesley S. Chused, BBO #083520
LOONEY & GROSSMAN LLP
101 Arch Street
Boston, MA 02110
Tel. (617) 951-2800
Fax (617) 951-2819

Of Counsel:

Paul D. Keeenan/Jonathan F. Ball
JANSSEN KEENAN & CIARDI P.C.
2005 Market Street, Suite 2050
Philadelphia, PA 19103
Telephone: (215) 665-8888
Fax: (215) 665-8887