UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

_____

CSX TRANSPORTATION, INC.                          :
500 Water Street                                            :
Jacksonville, FL  32202-4423                        :
                                                                       :   Civil Action No.: 1:04-cv-12293  WGY
                                           Plaintiff,          :
                                                                       :
                          v.                                       :
                                                                       :
RECOVERY EXPRESS, INC., in its own right  :
and d/b/a INTERSTATE DEMOLITION AND    :
ENVIRONMENTAL CORP.                             :
180 Canal Street, Fifth Floor                         :
Boston, MA  02114                                        :
                                                                       :
                                          Defendant.        :
_____     :

**MOTION OF WESLEY S. CHUSED FOR LEAVE TO PERMIT
APPEARANCE OF JONATHAN F. BALL *PRO HAC VICE*
FOR THE PLAINTIFF**

        Wesley S. Chused, attorney for the Plaintiff, CSX Transportation, Inc.

("Plaintiff"), pursuant to Local Rule 83.5.3, hereby moves for leave to permit the

appearance of attorney Jonathan F. Ball of Philadelphia, PA on behalf of the Plaintiff, *pro*

*hac vice,* in this action.  In support of this Motion, Wesley S. Chused states as follows:

        1.        I am a member in good standing of the Bar of this Court and I am counsel

of record for the Plaintiff in this action.

        2.        The certificate of Jonathan F. Ball, filed concurrently herewith, shows that

(i) he is a member of the Bar in good standing in every jurisdiction where he has been

admitted to practice; (ii) there are no disciplinary proceedings pending against him as a

member of the Bar in any jurisdiction; and (iii) he is familiar with the Local Rules of the

United States District Court for the District of Massachusetts.

3.      Mr. Ball is an experienced transportation lawyer, specializing in

representing Class I freight railroads, he is particularly familiar with the facts and law

relevant to the Plaintiff's claims for relief in this action and is best suited to represent the

Plaintiff's interests in this case.

WHEREFORE, Wesley S. Chused prays that the Court grant this Motion to allow

Jonathan F. Ball to appear *pro hac vice* on behalf of the Plaintiff, CSX Transportation,

Inc., in this action.


November 1, 2004
/s/ "Wesley S. Chused"_____
Wesley S. Chused (BBO #083520)
LOONEY & GROSSMAN LLP
101 Arch Street
Boston, MA 02110
(617) 951-2800