UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CSX TRANSPORTATION, INC.<br>500 Water Street<br>Jacksonville, FL 32202-4423<br><br>       Plaintiff,<br><br>  v.<br><br>RECOVERY EXPRESS, INC., in its own right<br>and d/b/a INTERSTATE DEMOLITION AND<br>ENVIRONMENTAL CORP.<br>180 Canal Street, Fifth Floor<br>Boston, MA 02114<br><br>       Defendant. | :<br>:<br>:<br>: Civil Action No.: 1:04-cv-12293 (RWZ)<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

**CERTIFICATE PURSUANT TO LOCAL RULE 83.5.3(b)**
**FOR ADMISSION *PRO HAC VICE***

I, Jonathan F. Ball, submit this Certificate pursuant to Local Rule 83.5.3(b) in support of my request to participate *pro hac vice* in this matter, in association with Wesley S. Chused, Esq., of the firm Looney & Grossman, LLP. Mr. Chused is a member of the Bar of this Court.

I have been admitted to the following bars and courts: Pennsylvania (December 13, 1990), New Jersey (June 6, 1991), and New York (July 2, 1991); United States Supreme Court (June 1, 1998), United States Court of Appeals for the Second Circuit (October 14, 1999), United States Court of Appeals for the Third Circuit (July 20, 1995), United States Court of Appeals for the Fifth Circuit (July 26, 2004), United States Court of Appeals for the Sixth Circuit (July 31, 2003), United States Court of Appeals for the Ninth Circuit (April 28, 2004), United States Court of Appeals for the Eleventh Circuit

(September 30, 2004), and the United States District Courts for the following districts: Eastern District of Pennsylvania (March 17, 1992), District of New Jersey (June 6, 1991), Southern District of New York (June 30, 1992), Eastern District of New York (June 30, 1992), Western District of New York (May 9, 2003) and Northern District of New York (November 5, 2003). I am a member in good standing of each of these bars and courts.

There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

My application is supported by Wesley S. Chused, Esq., of the firm Looney & Grossman, LLP, 101 Arch Street, Boston, Massachusetts 02110, who is a member of the Bar of this Court.

I respectfully request the Court to approve my request.

/s/ Jonathan F. Ball
Jonathan F. Ball
PA I.D. No. 59420

Dated: November 2, 2004

Jonathan F. Ball
JANSSEN KEENAN & CIARDI P.C.
One Commerce Square
2005 Market Street, Suite 2050
Philadelphia, PA 19103-7012
(215) 599-7249 (Direct)
(215) 665-8888 (Main)
(215) 665-8887 (Fax)
jball@janssenkeenan.com