UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CSX TRANSPORTATION, INC. :<br>500 Water Street :<br>Jacksonville, FL 32202-4423 :<br>  :<br>        Plaintiff, :<br>  :<br>v. : Civil Action No.: 1:04-cv-12293 (WGY)<br>  :<br>RECOVERY EXPRESS, INC., in its own :<br>right and d/b/a INTERSTATE :<br>DEMOLITION AND ENVIRONMENTAL :<br>CORP. :<br>180 Canal Street, Fifth Floor :<br>Boston, MA 02114 :<br>  :<br>        Defendant. :<br>  : | |

## MOTION OF WESLEY S. CHUSED FOR LEAVE TO PERMIT APPEARANCE OF PAUL D. KEENAN *PRO HAC VICE* FOR THE PLAINTIFF

Wesley S. Chused, attorney for the Plaintiff, CSX Transportation, Inc. ("Plaintiff"), pursuant to Local Rule 83.5.3, hereby moves for leave to permit the appearance of attorney Paul D. Keenan of Philadelphia, PA on behalf of the Plaintiff, *pro hac vice*, in this action. In support of this Motion, Wesley S. Chused states as follows:

1. I am a member of good standing of the Bar of this Court and I am counsel of record for the Plaintiff in this action.

     2.     The certificate of Paul D. Keenan, filed concurrently herewith, shows that (i) he is a member of the Bar in good standing in every jurisdiction where he has been admitted to practice; (ii) there are no disciplinary proceedings pending against him as a member of the Bar in any jurisdiction; and (iii) he is familiar with the Local Rules of the United States District Court for the District of Massachusetts.

     3.     Mr. Keenan is an experienced transportation lawyer, specializing in representing Class I freight railroads; he is particularly familiar with the facts and law relevant to Plaintiff's claims for relief in this action and is best suited to represent the Plaintiff's interests in this case.

WHEREFORE, Wesley S. Chused prays that the Court grant this Motion to allow Paul D. Keenan to appear *pro hac vice* on behalf of the Plaintiff, CSX Transportation, Inc., in this action.

|  |  |
|---|---|
| November 5, 2004 | /s/ "Wesley S. Chused"_____<br>Wesley S. Chused (BBO #083520)<br>LOONEY & GROSSMAN LLP<br>101 Arch Street<br>Boston, MA 02110<br>(617) 951-2800 |