AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____ Massachusetts _____

CSX Transportation, Inc.

**SUMMONS IN A CIVIL ACTION**

V.

Recovery Express, Inc. in its own right and d/b/a
Interstate Demolition and Environmental Corp.

CASE NUMBER: **04-12293 WGY**

TO: (Name and address of Defendant)

Recovery Express, Inc.
d/b/a Interstate Demolition and Environmental Corp.
180 Canal Street, Fifth Floor
Boston, MA 02114

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Wesley S. Chused
Looney & Grossman LLP
101 Arch Street
Boston, MA 02110

an answer to the complaint which is served on you with this summons, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

CLERK

(By) DEPUTY CLERK

DATE  10/28/2004

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and Complaint was made by me (1) | DATE | October 29, 2004 |
| NAME OF SERVER    BURTON M. MALKOFSKY | TITLE | Process Server / A Disinterested Person |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:
_____, MASSACHUSETTS

☐ Left copies thereof at the defendant's dwelling or usual place of abode with a person of suitable age and discretion then residing therein. Name of person whom the summons and complaint were left:
_____

Said service was made at: _____, MASSACHUSETTS

☒ Other: By handing true and attested copies thereof to   Mr. Tom Trafton, Office Clerk and

Duly Authorized Agent for the within-named   Recovery Express, Inc. d/b/a Interstate Demolition and Environmental Corp.

Said service was made at:

180 Canal Street, Fifth Floor, Boston                            , MASSACHUSETTS

### STATEMENT OF SERVICE FEES

| | SERVICE FEE  $   24.00 | Trips | |
|---|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   October 29, 2004             *[signature: Burton M. Malkofsky]*
              Date                          Signature of Server

One Devonshire Place, Boston, Massachusetts
Address of Server

**ADDITIONAL INFORMATION**
PLEASE NOTE THAT IT WAS NECESSARY TO MAKE ____ ATTEMPTS BEFORE MAKING PROPER SERVICE.

| Date | Time | Remarks | FEE |
|---|---|---|---|
| | | | $ _____ |
| | | | $ _____ |
| | | | $ _____ |
| | | | $ _____ |
| | | | $ _____ |
| | | | $ _____ |
| | | TOTAL | $ _____ |

(1) As to who may serve a summons see Rule 4 to the Federal Rules of Civil Procedure.

---

**Suvalle, Jodrey & Associates**            One Devonshire Place            Telephone # (617) 720-5733
**Massachusetts Constables since 1925**     Boston, MA 02109                Fax #          (617) 720-5737