UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CSX Transportation, Inc., ) | |
| ) | |
| Plaintiff ) | |
| ) | **Civil Action No.:** |
| v. ) | **04-1293 WGY** |
| ) | |
| Recovery Express, Inc. in its own right ) | |
| And d/b/a Interstate Demolition and ) | |
| Environmental Corp., ) | |
| ) | |
| Defendant ) | |

## ANSWER TO COMPLAINT

NOW COMES the defendant, Recovery Express, Inc. ("Recovery Express") and Answers the numbered paragraphs of the plaintiff's complaint as follows:

### Jurisdiction

1. Admitted.

### Venue

2. Denied.

### Parties

3. The defendant does not have sufficient information or knowledge with which to make a determination as to the truth of the allegation and therefore denies the same and calls upon the plaintiff to prove the same at trial.

4. Admitted.

5. Denied.

### Predicate Facts

6. Denied.

7. Denied.

8. Denied.

9. Denied.

10. Denied.

11. Denied.

12. Denied.

13. Denied.

## First Cause of Action
## For Breach of Contract

14. The defendant incorporates by reference its Answers to paragraphs 1 through 13 as if set fully forth herein.

15. Denied.

16. Denied.

17. Denied.

18. Denied.

## Second Cause of Action
## For an Account Stated

19. The defendant incorporates by reference its Answers to paragraphs 1 through 18 as if set fully forth herein.

20. Denied.

21. Denied.

22. Denied.

## Third Cause of Action
## For Unjust Enrichment

23. The defendant incorporates by reference its Answers to paragraphs 1 through 22 as if set fully forth herein.

24. Denied.

25. Denied.

26. Denied.

## Fourth Cause of Action
## For Quantum Meruit

27. The defendant incorporates by reference its Answers to paragraphs 1 through 27 as if set fully forth herein.

28. Denied.

29. Denied.

30. Denied.

31. Denied.

### FIRST AFFIRMATIVE DEFENSE

The plaintiff's claim fails to state a claim upon which relief can be granted and should therefore be dismissed pursuant to Rule 12 of the Rules of Civil Procedure.

### SECOND AFFIRMATIVE DEFENSE

By its own conduct and/or actions and/or agreements, or by those of his agent(s), the plaintiff has breached the terms and conditions of any agreement with the defendant and therefore can recover nothing.

### THIRD AFFIRMATIVE DEFENSE

By its own conduct and/or actions and/or agreements, or by those of his agent(s), the plaintiff has waived any claims he may have against the defendant and therefore can recover nothing in this action.

### FOURTH AFFIRMATIVE DEFENSE

By its conduct and/or actions and/or agreements or by those of his agent(s), the plaintiff is estopped from asserting any claims against the defendant.

### FIFTH AFFIRMATIVE DEFENSE

The plaintiff's claims are barred by the Parole Evidence Rule.

### SIXTH AFFIRMATIVE DEFENSE

The plaintiff's claims are barred by the Statute of Frauds.

### SEVENTH AFFIRMATIVE DEFENSE

The plaintiff's claims fail for lack of consideration.

### EIGHTH AFFIRMATIVE DEFENSE

The plaintiff has not set forth any recoverable damages that occurred as a result of any act or omission of the defendant.

### NINTH AFFIRMATIVE DEFENSE

The plaintiff's claims fail for lack of personal jurisdiction.

### TENTH AFFIRMATIVE DEFENSE

The plaintiff's claims fail for lack of Subject Matter jurisdiction.

### ELEVENTH AFFIRMATIVE DEFENSE

The plaintiff's claims fail due to misnomer.

WHEREFORE the defendant demands that the plaintiff's complaint be dismissed and that it be awarded its reasonable costs and any other remedy this court deems to be equitable and just.

THE DEFENDANT DEMANDS A TRIAL BY JURY ON ALL ISSUES SO TRIABLE.

Respectfully Submitted,
For the Defendant
Recovery Express, Inc.
By its attorney,

_____
Kevin P. Mc Mahon,   BBO No.: 630335
40 Willard Street
Suite 304
Quincy, MA  02169
(617) 745-0009