UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

_____
                                            :
CSX TRANSPORTATION, INC.,                   :
                                            :
                    Plaintiff,              :   Civil Action No.: 1:04-cv-12293-WGY
                                            :
    v.                                      :
                                            :
RECOVERY EXPRESS, INC., in its own right    :
and d/b/a INTERSTATE DEMOLITION AND         :
ENVIRONMENTAL CORP.,                        :
                                            :
                    Defendant.              :
_____        :

**PLAINTIFF'S RECOMMENDATIONS FOR SCHEDULING ORDER**

The Plaintiff, CSX Transportation, Inc., submits the following recommendations for a scheduling order pursuant to this Honorable Court's Notice dated December 1, 2004.  Plaintiff attempted, unsuccessfully, to obtain the concurrence of the Defendant, Recovery Express, Inc. d/b/a Interstate Demolition and Environmental Corp., in this proposal, but has received no response from Defendant.  Accordingly, in order to comply with this Court's Notice of December 1, 2004, Plaintiff recommends the following:

I.   **Proposed Discovery Plan**

The Plaintiff proposes the following discovery plan for the conduct of this litigation:

    1.   Other parties may be joined and the pleadings may be amended in accordance with Rules 14 and 15 of the Federal Rules of Civil Procedure.

    2.   Initial disclosures under Fed.R.Civ.P. 26(a)(1) shall be made on or before January 24, 2005.

    3.    Non-expert witness and fact discovery, including all depositions must be concluded by October 31, 2005.

    4.    Expert witnesses must be disclosed pursuant to Fed.R.Civ.P. 26(a)(2) and expert report(s) under Fed.R.Civ.P. 26(a)(2)(B) must be served by November 30, 2005.

II.    **Proposed Schedule for Filing of Motions**

    1.    Parties may file motions to compel and seek other orders of the Court as the need arises, subject to the provisions of this Honorable Court's Local Rules.

    2.    Dispositive motions must be filed no later than January 31, 2006.

    3.    This Honorable Court shall determine dates for a final pre-trial conference and for trial after the completion of discovery and determination of any dispositive motions filed by the parties.

    4.    Pursuant to Rule 26(f), the parties recommend no change in the "form, or requirement for disclosures under subdivision (a) or local rule."

III.    **Certifications Under Local Rule 16.1(D)(3)**

    1.    Plaintiff's Certification under Local Rule 16.1(D)(3) is filed concurrently herewith.

IV.    **Other Matters**

    1.    At this time, the Plaintiff does not consent to submit this case to a Magistrate Judge.

2. Plaintiff did not demand a jury and desires that this matter be tried before Your Honor sitting without a jury. Defendant included a jury demand in its answer and has not waived its jury demand as of this time.

CSX TRANSPORTATION, INC.
By its attorneys,

December 28, 2004

/s/ Wesley S. Chused
Wesley S. Chused, BBO #083520
LOONEY & GROSSMAN LLP
101 Arch Street
Boston, MA 02110
Tel.: (617) 951-2800
Fax: (617) 951-2819

And

JANSSEN KEENAN & CIARDI P.C.

/s/ Jonathan F. Ball
Jonathan F. Ball
One Commerce Square
2005 Market Street, Suite 2050
Philadelphia, PA 19103-7012
(215) 599-7249 (Direct)
(215) 665-8888 (Main)
(215) 665-8887 (Fax)