UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

_____
                                            :
CSX TRANSPORTATION, INC.,                   :
                                            :
                            Plaintiff,      :   Civil Action No.: 1:04-cv-12293-WGY
                                            :
            v.                              :
                                            :
RECOVERY EXPRESS, INC., in its own right    :
and d/b/a INTERSTATE DEMOLITION AND         :
ENVIRONMENTAL CORP.,                        :
                                            :
                            Defendant.      :
_____         :

**PLAINTIFF'S CERTIFICATION PURSUANT
TO LOCAL RULE 16.1(D)(3)**

The Plaintiff, CSX Transportation, Inc., and its counsel hereby certify, in accordance with the provisions of Local Rule 16.1(d)(3), as follows:

The Plaintiff and its counsel have conferred:

(a)   with a view to establishing a budget for the cost of conducting a full-course – and various alternative course – of the litigation; and

(b)   to consider the resolution of this litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

| | |
|---|---|
| CSX TRANSPORTATION, INC. | JANSSEN KEENAN & CIARDI P.C. |
| By: /s/ R. Kay Fearrington | By: /s/ Jonathan F. Ball |
| R. Kay Fearrington, Manager Credit, Litigation | Jonathan F. Ball |
| | One Commerce Square |
| | 2005 Market Street, Suite 2050 |
| | Philadelphia, PA  19103-7012 |
| | (215) 599-7249 (Direct) |
| | (215) 665-8888 (Main) |
| | (215) 665-8887 (Fax) |
| December 28, 2004 | jball@janssenkeenan.com |

|  |  |
|---|---|
|  | <u>/s/ Wesley S. Chused</u> |
| December 28, 2004 | Wesley S. Chused, BBO #083520 |
|  | LOONEY & GROSSMAN LLP |
|  | 101 Arch Street |
|  | Boston, MA 02110 |
|  | Tel.: (617) 951-2800 |
|  | Fax: (617) 951-2819 |