UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CSX Transportation, Inc., ) <br> ) <br> Plaintiff ) <br> ) <br> v. ) <br> ) <br> Recovery Express, Inc. in its own right ) <br> And d/b/a Interstate Demolition and ) <br> Environmental Corp., ) <br> ) <br> Defendant ) | **Civil Action No.:** <br> **04-1293 WGY** |

**DEFENDANT'S CERIFICATION PURSUANT
TO LOCAL RULE 16.1(D)(3)**

The Defendant, Recovery Express, Inc., and its attorney, Kevin P. McMahon, hereby certify in accordance with the provisions of Local Rule 16.1(D)(3) that we have conferred:

a. with a view to establishing a budget for the cost of litigation including through a Trial of the action as well as for alternative avenues of possible resolution;

AND

b. concerning alternative dispute resolution options such as those set forth in Local Rule 16.4.

Respectfully Submitted,

For Recovery Express, Inc.
By:

_____
Nancy E. Marto

_____
Kevin P. Mc Mahon,    BBO No.: 630335
40 Willard Street
Suite 304
Quincy, MA  02169
(617) 745-0009