# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| CSX | |
|---|---|
| Plaintiff | |
| V. | CIVIL ACTION NO.    04-12293-WGY |
| RECOVERY EXPRESS | |
| Defendant | |

### NOTICE OF ASSIGNMENT OF ADR PROVIDER

The above entitled action has been referred to the Alternative Dispute Resolution Program (ADR) and has been assigned to __ADR PROGRAM as of 10/2005__ for the following ADR process:

- ☐ SCREENING CONFERENCE    ☐ EARLY NEUTRAL EVALUATION
- **X** MEDIATION    ☐ MINI-TRIAL
- ☐ SUMMARY JURY TRIAL    ☐ SETTLEMENT CONFERENCE

☐ The ADR proceeding with principals present has been scheduled for _____ at _____ in Courtroom ____ on the _____ floor of the United States Courthouse, 1 Courthouse Way, Fan Pier, Boston, Massachusetts.

☐ You will be further notified of the specific date set for the ADR proceeding by the courtroom clerk.

SARAH ALLISON THORNTON
CLERK OF COURT

DATE: 9/15/05        /s/ Marie Bell
                     Deputy Clerk

To:    All Counsel of Record
       and ADR Provider

(ADR Assignment.wpd - 4/12/2000)                                       [ntcasgnadr.]