# United States District Court
# District of Massachusetts

CSX TRANSPORTATION, INC.,
        Plaintiffs,

v.                                                          CIVIL ACTION NO. 2004-12293-WGY

RECOVERY EXPRESS, INC., ETC.,
        Defendants.

## REPORT RE: REFERENCE FOR ALTERNATIVE DISPUTE RESOLUTION TO JUDGE

COLLINGS, U.S.M.J.

    On November 21, 2005, I held the following ADR proceeding:

| | | | |
|---|---|---|---|
| \_\_\_\_\_ | EARLY NEUTRAL EVALUATION | \_\_X\_\_ | MEDIATION |
| \_\_\_\_\_ | MINI-TRIAL | \_\_\_\_\_ | SUMMARY JURY TRIAL |
| \_\_\_\_\_ | SETTLEMENT CONFERENCE | | |

[X]    The case did NOT SETTLE. The litigation should now proceed in the normal course.


November 21, 2005                                           *Robert B. Collings*
      DATE                                                ROBERT B. COLLINGS
                                          United States Magistrate Judge

Copy to:    Chief Judge Young
                Rebecca Tyler, Esquire
                Counsel for all parties.