UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

FILED
CLERKS OFFICE
2005 NOV 30  P 3: 54

U.S. DISTRICT COURT
DISTRICT OF MASS.

CSX Transportation, Inc., )
)
         Plaintiff )
)
v. )   Civil Action No.:
)   04-1293 WGY
Recovery Express, Inc. in its own right )   04-12293
And d/b/a Interstate Demolition and )
Environmental Corp., )
)
         Defendant )

**MOTION OF THE DEFENDANT, RECOVERY EXPRESS
FOR
SUMMARY JUDGMENT**

NOW COMES the defendant, Recovery Express, Inc. ("Recovery Express") and moves this court to grant it Summary Judgment and dismiss the Complaint filed against it by the Plaintiff, CSX Transportation, Inc. In support of its motion the defendant states that the plaintiff has misnamed and/or misidentified the defendant. Recovery Express has never done business with the plaintiff, has neither ordered nor received any goods or services from the plaintiff, has never entered into any contract with the plaintiff and owes the plaintiff nothing. In further support of its motion Recovery Express commends the courts attention to the Memorandum of Law hereto attached and the Affidavit of Nancy Marto.

WHEREFORE the defendant Recovery Express, Inc. demands that the court find summary judgment in its favor, that the plaintiff's complaint against it be dismissed and that it be awarded its reasonable costs.

Respectfully Submitted,
For the Defendant
Recovery Express, Inc.
By its attorney,

_____
Kevin P. Mc Mahon,   BBO No.: 630335
40 Willard Street
Suite 304
Quincy, MA 02169
(617) 745-0009