**EXHIBIT A**

**Incorporation of Recovery Express, Inc.**



# The Commonwealth of Massachusetts
## William Francis Galvin

Secretary of the Commonwealth
One Ashburton Place, Boston, Massachusetts 02108-1512
Telephone: (617) 727-9640

***RECOVERY EXPRESS, INC.*** **Summary Screen**

Help with this form

| | |
|---|---|
| The exact name of the Domestic Profit Corporation: | RECOVERY EXPRESS, INC. |
| Entity Type: | Domestic Profit Corporation |
| Identification Number: | 043107247 |
| Old Federal Employer Identification Number (Old FEIN): | 000350591 |
| Date of Organization in Massachusetts: | 12/24/1990 |

| Current Fiscal Month / Day: 12 / 31 | Previous Fiscal Month / Day: 00 / 00 |
|---|---|

**The location of its principal office in Massachusetts:**
No. and Street: 180 CANAL ST.
City or Town: BOSTON    State: MA    Zip: 02114    Country: USA

**If the business entity is organized wholly to do business outside Massachusetts, the location of that office:**
No. and Street:
City or Town:    State:    Zip:    Country:

**The name and address of the Registered Agent:**
Name: NANCY E. MARTO
No. and Street: 4 SALEM ST.,
City or Town: CHARLESTOWN    State: MA    Zip:    Country: USA

**The officers and all of the directors of the corporation:**

| Title | Individual Name<br>First, Middle, Last, Suffix | Address (no PO Box)<br>Address, City or Town, State, Zip Code | Expiration<br>of Term |
|---|---|---|---|
| PRESIDENT | THOMAS R. TRAFTON | 10 EMERSON PLACE, BOSTON, MA USA<br>10 EMERSON PLACE, BOSTON, MA USA | |
| TREASURER | THOMAS R. TRAFTON | 10 EMERSON PLACE, BOSTON, MA USA<br>10 EMERSON PLACE, BOSTON, MA USA | |

| | |
|---|---|
| business entity stock is publicly traded: | __ |

The total number of shares and par value, if any, of each class of stock which the business entity is authorized to issue:

| Class of Stock | Par Value Per Share Enter 0 if no Par | Total Authorized by Articles of Organization or Amendments  Num of Shares    Total Par Value | Total Issued and Outstanding Num of Shares |
|---|---|---|---|
| No Stock Information available online. Prior to August 27, 2001, records can be obtained on microfilm. ||||

__ Consent         __ Manufacturer       __ Confidential Data     __ Does Not Require Annual Report
__ Partnership     __ Resident Agent     __ For Profit            __ Merger Allowed

Select a type of filing from below to view this business entity filings:

```
ALL FILINGS
Administrative Dissolution
Annual Report
Application For Revival
Articles of Amendment
```

**Comments**

© 2001 - 2004 Commonwealth of Massachusetts
All Rights Reserved

Help