**EXHIBIT B**

**Certificate of Incorporation for
Interstate Demolition
And Environmental Corp**

Case 1:04-cv-12293-WGY    Document 18-3    Filed 11/30/2005    Page 1 of 5

# Delaware

PAGE 1

*The First State*

I, HARRIET SMITH WINDSOR, SECRETARY OF STATE OF THE STATE OF DELAWARE, DO HEREBY CERTIFY THE ATTACHED IS A TRUE AND CORRECT COPY OF THE CERTIFICATE OF INCORPORATION OF "INTERSTATE DEMOLITION & ENVIRONMENTAL CORP", FILED IN THIS OFFICE ON THE SIXTEENTH DAY OF MAY, A.D. 2003, AT 7:30 O'CLOCK P.M.

A FILED COPY OF THIS CERTIFICATE HAS BEEN FORWARDED TO THE NEW CASTLE COUNTY RECORDER OF DEEDS.



Harriet Smith Windsor, Secretary of State

3659616  8100

030320932

AUTHENTICATION: 2424594

DATE: 05-19-03

elected and qualified, is as follows:

| NAME | MAILING ADDRESS |
|---|---|
| THOMAS R. TRAFTON | 180 CANAL STREET, BOSTON, MA 02114 |
| DOMINIC IGNAGNI | 180 CANAL STREET, BOSTON, MA 02114 |
| ALBERT ARILLOTTA | 180 CANAL STREET, BOSTON, MA 02114 |
| NANCY E. MARTO | 180 CANAL STREET, BOSTON, MA 02114 |

6. The corporation is to have perpetual existence.

7. In furtherance and not in limitation of the powers conferred by statute, the board of directors is expressly authorized:

8. Elections of directors need not be by written ballot unless the by-laws of the corporation shall provide.

Meetings of stockholders may be held within or without the State of Delaware, as the by-laws may provide. The books of the corporation may be kept (subject to any provision contained in the statutes) outside the State of Delaware at such place or places as may be designated from time to time by the board of directors or in the by-laws of the corporation.

9. The corporation reserves the right to amend, alter, change or repeal any provision contained in this Certificate of Incorporation, in the manner now or hereafter prescribed by statute, and all rights conferred upon stockholders herein are granted subject to this reservation.

10. A director of the corporation shall not be personally liable to the corporation or its stockholders for monetary damages for breach of fiduciary

duty as a director except for liability (i) for any breach of the director's duty of loyalty to the corporation or its stockholders, (ii) for acts or omissions not in good faith or which involve intentional misconduct or a knowing violation of law, (iii) under Section 174 of the Delaware General Corporation Law, or (iv) for any transaction from which the director derived any improper personal benefit.

WE, THE UNDERSIGNED, being each of the incorporators hereinbefore named, for the purpose of forming a corporation pursuant to the General Corporation Law of the State of Delaware, do make this Certificate, hereby declaring and certifying that this is our act and deed and the facts herein stated are true, and accordingly have hereunto set our hands this __14__ day of __MAY 14__, 20 __03__.

ALBERT ARILLOTTA  _Albert Arillotta_

NANCY E. MARTO  _Nancy E. Marto_

DOMINIC IGNAGNI  _Dominic Ignagni_

THOMAS R. TRAFTON  _Thomas R. Trafton_

DE001 - 12/20/00 C T System Online

MAILING ADDRESS FOR ALL OF THE ABOVE IS 180 CANAL STREET
BOSTON, MA 02114