# EXHIBIT C

**Bank Account for
Interstate Demolition
And Environmental Corp**

# Sovereign Bank

TELEPHONE: 1-877-768-1145

INTERSTATE DEMOLITION &
ENVIRONMENTAL CORP
180 CANAL ST
BOSTON MA 02114

0 0 33/ 0

61004945004
STATEMENT DATE
05/23/2003 THRU 05/31/2003

Business Checking 1                                                ACCOUNT    61004945004

SUMMARY OF YOUR Business Checking 1

| BEGINNING BALANCE | | 0.00 | | |
|---|---|---|---|---|
| DEPOSITS & CREDITS | + | 10.00 | | |
| WITHDRAWALS & DEBITS | - | 0.00 | CHARGES DEBITED THIS PERIOD | 0.00 |
| ENDING BALANCE | = | 10.00 | | |

At Sovereign Bank, we are committed to providing you World-Class
Customer Service. That is why we offer our Red Carpet Service
Guarantee! Our guarantee assures our customers prompt and courteous
in-person service, around-the-clock customer service via telephone,
accurate and timely statements, and ATM access when you need it.

For more information on our Red Carpet Service Guarantee, call us
at 1-877-SOV-BANK (1-877-768-2265), visit our website at
www.sovereignbank.com, or stop by your local Community Banking Office!

Our Business Solution Center is available toll-free at 1-877-768-1145
Monday through Friday from 8 am until 6 pm (EST).

You may speak with one of our service representatives about your
existing accounts with Sovereign, or inquire about additional
products and services that we have available to meet your company±s
needs.

The Business Solution Center at Sovereign Bank -- the only number
you need!

**BALANCE ACTIVITY SUMMARY**

| DATE | DESCRIPTION | CREDITS | DEBITS | BALANCE |
|---|---|---|---|---|
| 05/23 | BEGINNING BALANCE | | | 0.00 |
| | DEPOSIT | 10.00 | | 10.00 |
| 05/31 | ENDING BALANCE | | | 10.00 |

**CHECKS PAID ACTIVITY**

| CHECK NBR | AMOUNT | DATE PAID | TRACE NBR | CHECK NBR | AMOUNT | DATE PAID | TRACE NBR |
|---|---|---|---|---|---|---|---|
| | | | | | CHECKS POSTED THIS CYCLE = | | NONE |

PAGE    1

12

# Sovereign Bank

TELEPHONE: 1-877-768-1145

INTERSTATE DEMOLITION &
ENVIRONMENTAL CORP
180 CANAL ST
BOSTON MA 02114

0 0 33/   8

81004945004
STATEMENT DATE
06/01/2003 THRU 06/30/2003

Business Checking 1                                                ACCOUNT    81004945004

## SUMMARY OF YOUR Business Checking 1

| BEGINNING BALANCE | | 10.00 |
|---|---|---|
| DEPOSITS & CREDITS | + | 22,174.31 |
| WITHDRAWALS & DEBITS | - | 13,424.31- |
| ENDING BALANCE | = | 8,760.00 |

| CHARGES DEBITED THIS PERIOD | 0.00 |
|---|---|

At Sovereign Bank, we are committed to providing you World-Class
Customer Service. That is why we offer our Red Carpet Service
Guarantee! Our guarantee assures our customers prompt and courteous
in-person service, around-the-clock customer service via telephone,
accurate and timely statements, and ATM access when you need it.

For more information on our Red Carpet Service Guarantee, call us
at 1-877-SOV-BANK (1-877-768-2265), visit our website at
www.sovereignbank.com, or stop by your local Community Banking Office!

Is your family prepared for the unexpected? Is your existing
insurance coverage adequate? Don't just assume it is... let
Sovereign Insurance Services help you be sure it is.

You can choose from an array of insurance products and services that
are affordable for you and your family, and for your business.
To obtain more information, receive quotes, compare prices or to
complete an application, call 1-866-Quote-4U, Monday through Friday
9:00 am to 5:00 pm (EST). Getting a quote is simple, convenient
and free!

## BALANCE ACTIVITY SUMMARY

| DATE | DESCRIPTION | | CREDITS | DEBITS | BALANCE |
|---|---|---|---|---|---|
| 06/01 | BEGINNING BALANCE | | | | 10.00 |
| 06/06 | SPEC DEP | | 10,000.00 | | 10,010.00 |
| | CHECK | 101 | | 1,500.00- | 8,510.00 |
| | CHECK | 102 | | 1,500.00- | 7,010.00 |
| 06/12 | CHECK | 104 | | 1,500.00- | 5,510.00 |
| 06/13 | CHECK | 105 | | 1,500.00- | 4,010.00 |
| 06/17 | CHECK | 106 | | 250.00- | 3,760.00 |
| | CHECK | 2367 | | 1,174.31- | 2,585.69 |
| 06/18 | CHECK REVERSAL | | 1,174.31 | | 3,760.00 |
| 06/19 | CHECK | 107 | | 1,500.00- | 2,260.00 |
| 06/20 | MISCELLANEOUS CREDIT | | 2,000.00 | | 4,260.00 |
| 06/23 | CHECK | 108 | | 1,500.00- | 2,760.00 |
| 06/26 | CHECK | 109 | | 1,500.00- | 1,260.00 |
| 06/27 | DEPOSIT | | 9,000.00 | | 10,260.00 |
| | WTHDRWL | | | 1,500.00- | 8,760.00 |
| 06/30 | ENDING BALANCE | | | | 8,760.00 |

PAGE    1

# Sovereign Bank

TELEPHONE: 1-877-768-1145

INTERSTATE DEMOLITION &
ENVIRONMENTAL CORP
180 CANAL ST
BOSTON MA 02114

0 0 33/

61004945004
STATEMENT DATE
07/01/2003 THRU 07/31/2003

Business Checking 1                                    ACCOUNT

## SUMMARY OF YOUR Business Checking 1

| | |
|---|---|
| BEGINNING BALANCE | 8,760.00 |
| DEPOSITS & CREDITS + | 0.00 |
| WITHDRAWALS & DEBITS - | 8,716.50- |
| ENDING BALANCE = | 43.50 |

| | |
|---|---|
| CHARGES DEBITED THIS PERIOD | 9.00 |

Sovereign Bank is pleased to announce Check Imaging. Beginning in the 4th quarter, we'll be sending you images (front and back of each cancelled check) instead of paper checks, as well as a new statement format that's easier to read. Check images are considered legal documents and can be used in lieu of paper checks to document proof of payment. If you'd like to learn more about our free Check Image options, please stop by your local Community Banking Office or call our Business Solutions Center at 1-877-768-1145.

Effective September 2, Sovereign Bank will assess a $30 fee on manual International Outgoing Wire Transfers in U.S. Currency.

## BALANCE ACTIVITY SUMMARY

| DATE | DESCRIPTION | | CREDITS | DEBITS | BALANCE |
|---|---|---|---|---|---|
| 07/01 | BEGINNING BALANCE | | | | 8,760.00 |
| | CHECK BOOK FEE | | | 29.50- | 8,730.50 |
| | MISCELLANEOUS DEBIT | | | 1,878.00- | 6,852.50 |
| 07/02 | CHECK | 1010 | | 1,000.00- | 5,852.50 |
| | CHECK | 1011 | | 1,000.00- | 4,852.50 |
| 07/09 | CHECK | 1012 | | 1,000.00- | 3,852.50 |
| 07/11 | CHECK | 1013 | | 1,000.00- | 2,852.50 |
| 07/15 | CHECK | 1014 | | 300.00- | 2,552.50 |
| 07/18 | CHECK | 1015 | | 700.00- | 1,852.50 |
| | CHECK | 1016 | | 1,000.00- | 852.50 |
| 07/21 | CHECK | 1017 | | 400.00- | 452.50 |
| 07/25 | CHECK | 1018 | | 400.00- | 52.50 |
| 07/31 | TOTAL SERVICE FEES | | | 9.00- | 43.50 |
| | ENDING BALANCE | | | | 43.50 |

## CHECKS PAID ACTIVITY

| CHECK NBR | AMOUNT | DATE PAID | TRACE NBR | CHECK NBR | AMOUNT | DATE PAID | TRACE NBR |
|---|---|---|---|---|---|---|---|
| 0000001010 | 1,000.00 | 07/02 | 163507986 | 0000001015 | 700.00 | 07/18 | 168701083 |
| 0000001011 | 1,000.00 | 07/02 | 163507985 | 0000001016 | 1,000.00 | 07/18 | 207509487 |
| 0000001012 | 1,000.00 | 07/09 | 200409722 | 0000001017 | 400.00 | 07/21 | 161906372 |
| 0000001013 | 1,000.00 | 07/11 | 167505881 | 0000001018 | 400.00 | 07/25 | 167506398 |
| 0000001014 | 300.00 | 07/15 | 203105201 | | | | |

CHECKS POSTED THIS CYCLE =   9            TOTAL AMOUNT OF CHECKS =   6,800.00
* GAP IN CHECK(S) SEQUENCE

# Sovereign Bank

TELEPHONE: 1-877-768-1145

INTERSTATE DEMOLITION &
ENVIRONMENTAL CORP
180 CANAL ST
BOSTON MA 02114

0 0 33/ 3

81004845004
STATEMENT DATE
08/01/2003 THRU 08/31/2003

**Business Checking 1**          ACCOUNT    81004845004

## SUMMARY OF YOUR Business Checking 1

| | | |
|---|---|---|
| BEGINNING BALANCE | | 43.50 |
| DEPOSITS & CREDITS | + | 200.00 |
| WITHDRAWALS & DEBITS | - | 282.52- |
| ENDING BALANCE | = | 39.02- |

| CHARGES DEBITED THIS PERIOD | 0.00 |
|---|---|

Sovereign Bank is pleased to announce Check Imaging. Beginning in the 4th quarter, we'll be sending you images (front and back of each cancelled check) instead of paper checks, as well as a new statement format that's easier to read. Check images are considered legal documents and can be used in lieu of paper checks to document proof of payment. If you'd like to learn about our free Check Image options, please stop by your local Community Banking Office or call our Business Solutions Center at 877-768-1145.

## BALANCE ACTIVITY SUMMARY

| DATE | DESCRIPTION | | CREDITS | DEBITS | BALANCE |
|---|---|---|---|---|---|
| 08/01 | BEGINNING BALANCE | | | | 43.50 |
| | MISCELLANEOUS CREDIT | | 200.00 | | 243.50 |
| | CHECK | 1019 | | 100.00- | 143.50 |
| | CHECK | 1020 | | 100.00- | 43.50 |
| 08/25 | INSUFFICIENT FUNDS FEE | | | 25.00- | 18.50 |
| | CHECK | 1021 | | 57.52- | 39.02- |
| 08/31 | ENDING BALANCE | | | | 39.02- |

## CHECKS PAID ACTIVITY

| CHECK NBR | AMOUNT | DATE PAID | TRACE NBR | CHECK NBR | AMOUNT | DATE PAID | TRACE NBR |
|---|---|---|---|---|---|---|---|
| 0000001019 | 100.00 | 08/01 | 164409818 | 0000001021 | 57.52 | 08/25 | 4326707420 |
| 0000001020 | 100.00 | 08/01 | 164409819 | | | | |

    CHECKS POSTED THIS CYCLE =    3      TOTAL AMOUNT OF CHECKS =    257.52
\* GAP IN CHECK(S) SEQUENCE

## SERVICE FEE INFORMATION: 08/01/03 THROUGH 08/31/03

| | |
|---|---|
| MONTHLY MAINTENANCE FEE | 9.00 |
| ADJUSTMENT CREDIT TO PREVENT OVERDRAFTING | 9.00- |
| **TOTAL SERVICE FEES** | **0.00** |

12

Deposits Insured by the FDIC          Equal Opportunity Lende

# Sovereign Bank

TELEPHONE: 1-877-768-1145

INTERSTATE DEMOLITION &
ENVIRONMENTAL CORP
180 CANAL ST
BOSTON MA 02114

0 0 23/ 37

51004945004
STATEMENT DATE
09/01/2003 THRU 09/30/2003

Business Checking 1                                                      ACCOUNT      51004945004

## SUMMARY OF YOUR Business Checking 1

| | | |
|---|---|---|
| BEGINNING BALANCE | | 39.02- |
| DEPOSITS & CREDITS | + | 99,004.90 |
| WITHDRAWALS & DEBITS | - | 75,745.38- |
| ENDING BALANCE | = | 23,220.50 |

| CHARGES DEBITED THIS PERIOD | 0.00 |
|---|---|

At Sovereign Bank, we are committed to providing you World-Class
Customer Service.  That is why we offer our Red Carpet Service
Guarantee!  Our guarantee assures our customers prompt and courteous
in-person service, around-the-clock customer service via telephone,
accurate and timely statements, and ATM access when you need it.

For more information on our Red Carpet Service Guarantee, call us
at 1-877-SOV-BANK (1-877-768-2265), visit our website at
www.sovereignbank.com, or stop by your local Community Banking Office!

## BALANCE ACTIVITY SUMMARY

| DATE | DESCRIPTION | | CREDITS | DEBITS | BALANCE |
|---|---|---|---|---|---|
| 09/01 | BEGINNING BALANCE | | | | 39.02- |
| 09/02 | SUSTAINED OVERDRAFT FEE | | | 5.00- | 44.02- |
| 09/03 | DEPOSIT | | 98,960.00 | | 98,915.98 |
| | CHECK | 1022 | | 1,500.00- | 97,415.98 |
| 09/05 | CHECK | 1026 | | 4,500.00- | 92,915.98 |
| | CHECK | 1028 | | 1,700.00- | 91,215.98 |
| | CHECK | 1029 | | 3,200.00- | 88,015.98 |
| 09/08 | CHECK | 1030 | | 1,400.00- | 86,615.98 |
| | CHECK | 1031 | | 2,000.00- | 84,615.98 |
| 09/09 | CHECK | 1034 | | 1,275.00- | 83,340.98 |
| | CHECK | 1036 | | 1,000.00- | 82,340.98 |
| 09/10 | CHECK | 1023 | | 2,593.00- | 79,747.98 |
| 09/11 | CHECK | 1025 | | 9,480.00- | 70,267.98 |
| 09/12 | DEPOSIT | | 44.90 | | 70,312.88 |
| | CHECK | 1032 | | 350.00- | 69,962.88 |
| | CHECK | 1037 | | 250.00- | 69,712.88 |
| | CHECK | 1039 | | 2,000.00- | 67,712.88 |
| | CHECK | 1040 | | 3,600.00- | 64,112.88 |
| | CHECK | 1041 | | 2,500.00- | 61,612.88 |
| | CHECK | 1042 | | 3,000.00- | 58,612.88 |
| 09/15 | WIRE TRANS-OUT | | | 2,490.00- | 56,122.88 |
| | WIRE TRF-OUT FEE | | | 18.00- | 56,104.88 |
| | OUTGOING FED WIRE DR 1 AT  $18.00 | | | | |
| | CHECK | 1024 | | 1,661.00- | 54,443.88 |
| | CHECK | 1035 | | 2,500.00- | 51,943.88 |
| | CHECK | 1038 | | 2,000.00- | 49,943.88 |
| 09/16 | CHECK | 1027 | | 250.00- | 49,693.88 |
| 09/17 | CHECK | 1033 | | 4,000.00- | 45,693.88 |
| 09/18 | CHECK | 1043 | | 163.04- | 45,530.84 |

PAGE    1

Deposits Insured by the FDIC                                        Equal Opportunity Lender

# Sovereign Bank

TELEPHONE:   1-877-768-1145

INTERSTATE DEMOLITION &
ENVIRONMENTAL CORP
180 CANAL ST
BOSTON MA 02114

0 0 33/   29

610049450
STATEMENT DA
10/01/2003 THRU 10/31/20

Business Checking 1                                                ACCOUNT

SUMMARY OF YOUR Business Checking 1

| BEGINNING BALANCE |   | 23,220.50 |
|---|---|---|
| DEPOSITS & CREDITS | + | 120,487.94 |
| WITHDRAWALS & DEBITS | − | 94,766.63− |
| ENDING BALANCE | = | 48,941.81 |

CHARGES DEBITED THIS PERIOD    0.00

## BALANCE ACTIVITY SUMMARY

| DATE | DESCRIPTION | | CREDITS | DEBITS | BALANCE |
|---|---|---|---|---|---|
| 10/01 | BEGINNING BALANCE | | | | 23,220.50 |
|  | WTHDRWL | | | 1,019.64− | 22,200.86 |
|  | WTHDRWL | | | 1,325.00− | 20,875.86 |
| 10/02 | CHECK | 1059 | | 3,850.00− | 17,025.86 |
| 10/03 | CHECK | 1061 | | 2,000.00− | 15,025.86 |
| 10/06 | CHECK | 1060 | | 2,000.00− | 13,025.86 |
|  | CHECK | 1062 | | 500.00− | 12,525.86 |
| 10/07 | CHECK BOOK FEE | | | 70.70− | 12,455.16 |
| 10/08 | CHECK | 1063 | | 600.73− | 11,854.43 |
| 10/09 | PAYCHEX - RCX PAYROLL 11350200001426X | | | 951.76− | 10,902.67 |
|  | PAYCHEX TPS TAXES 100803 0096455510348 | | | 1,142.39− | 9,760.28 |
| 10/10 | CHECK | 1069 | | 1,325.00− | 8,435.28 |
|  | CHECK | 1073 | | 2,000.00− | 6,435.28 |
| 10/14 | DEPOSIT | | 29.00 | | 6,464.28 |
|  | CHECK | 1072 | | 2,000.00− | 4,464.28 |
| 10/15 | CHECK | 1068 | | 1,258.25− | 3,206.03 |
| 10/16 | WIRE TRANS-IN | | 50,000.00 | | 53,206.03 |
|  | WIRE TRF-IN FEE INCOMING FED WIRE CR 1 AT   $10.00 | | | 10.00− | 53,196.03 |
|  | CHECK | 1066 | | 2,100.00− | 51,096.03 |
| 10/17 | PAYCHEX - RCX PAYROLL 11419900001025X | | | 1,187.56− | 49,908.47 |
|  | CHECK | 1065 | | 627.02− | 49,281.45 |
|  | CHECK | 1071 | | 1,710.00− | 47,571.45 |
|  | CHECK | 1077 | | 1,325.00− | 46,246.45 |
|  | CHECK | 1078 | | 422.52− | 45,823.93 |
|  | CHECK | 1083 | | 2,000.00− | 43,823.93 |
| 10/20 | PAYCHEX TPS TAXES 101603 0096455510386 | | | 696.93− | 43,127.00 |
|  | CHECK | 1079 | | 3,078.60− | 40,048.40 |
|  | CHECK | 1084 | | 2,000.00− | 38,048.40 |
| 10/21 | CHECK | 1075 | | 800.00− | 37,248.40 |
|  | CHECK | 1080 | | 21,760.00− | 15,488.40 |
| 10/22 | CHECK | 1081 | | 6,000.00− | 9,488.40 |
|  | CHECK | 1082 | | 4,641.31− | 4,847.09 |
|  | CHECK | 1086 | | 2,500.00− | 2,347.09 |
| 10/23 | WIRE TRANS-IN | | 25,000.00 | | 27,347.09 |

PAGE    1

12

PRIMARY ACCOUNT #: 61004█████

**BUSINESS CHECKING**

INTERSTATE DEMOLITION &  
ENVIRONMENTAL CORP

Account # 6100494█████

## Balances

| | | | |
|---|---|---|---|
| [redacted] | [redacted] | [redacted] | |
| Deposits/Credits | + $130,992.91 | Average Daily Balance | $40,431.██ |
| [redacted] | [redacted] | | |

## Checks Posted

| Check # | Date Paid | Amount | Reference # | Check # | Date Paid | Amount | Reference # |
|---|---|---|---|---|---|---|---|
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| 1093* | 11/10 | $5,100.00 | 437560020 | 1111 | 11/18 | $15,000.00 | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | | | |
| 1095 | 11/03 | $1,200.00 | 428578610 | 1113 | 11/14 | $614.86 | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | | | |
| 1098* | 11/03 | $2,000.00 | 434126210 | 1115 | 11/25 | $3,500.00 | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | | | |
| 1100 | 11/10 | $2,695.80 | 437476540 | 1117 | 11/17 | $2,000.00 | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | | | |
| 1102 | 11/10 | $1,000.00 | 417081030 | 1119 | 11/14 | $1,317.00 | 43742█████ |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | | | |
| 1104 | 11/06 | $1,566.90 | 430435570 | 1121 | 11/24 | $41.44 | 41471█████ |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | | | |
| 1106 | 11/12 | $2,000.00 | 430925280 | 1123 | 11/24 | $2,000.00 | 41579█████ |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | | | |
| 1109* | 11/10 | $1,200.00 | 416605610 | 1125 | 11/21 | $1,000.00 | 438241750 |

32 Check(s) Posted = $84,424.72  
An asterisk (*) indicates a skip in sequential check numbers.

## Account Activity

| Date | Description | | Credits | Debits | Balance |
|---|---|---|---|---|---|
| 11-01 | Beginning Balance | | | | $48,941.81 |
| [redacted] | PAYCHEX TPS TAXES | | | ($1,762.██) | |
| | [redacted] | | | | |
| 11-03 | CHECK | 1091 | | $1,683.00 | $45,79█.██ |

PRIMARY ACCOUNT #: 61004945○○○

## BUSINESS CHECKING I

INTERSTATE DEMOLITION &
ENVIRONMENTAL CORP

Account # 61004945○○○

### Balances

| | | | |
|---|---|---|---|
| ▓▓▓▓▓▓ | ▓▓▓▓▓▓ | ▓▓▓▓▓▓ | ▓▓▓▓▓▓ |
| Deposits/Credits | + $49,325.45 | Average Daily Balance | $14,189.○○ |
| ▓▓▓▓▓▓ | ▓▓▓▓▓▓ | | |

### Checks Posted

| Check # | Date Paid | Amount | Reference # | Check # | Date Paid | Amount | Reference # |
|---|---|---|---|---|---|---|---|
| ▓▓ | ▓▓ | ▓▓ | ▓▓ | ▓▓ | ▓▓ | | |
| 1126* | 12/05 | $6,718.00 | 435568620 | 1140 | 12/10 | $2,323.53 | ▓▓ |
| ▓▓ | ▓▓ | ▓▓ | ▓▓ | ▓▓ | ▓▓ | | |
| 1130* | 12/02 | $15,000.00 | 436364210 | 1143* | 12/12 | $1,251.99 | ▓▓ |
| ▓▓ | ▓▓ | ▓▓ | ▓▓ | ▓▓ | ▓▓ | | |
| 1132 | 12/01 | $2,000.00 | 435421750 | 1145 | 12/10 | $3,078.00 | ▓▓ |
| ▓▓ | ▓▓ | ▓▓ | ▓▓ | ▓▓ | ▓▓ | | |
| 1134 | 12/05 | $12,000.00 | 435568630 | 1147 | 12/11 | $6,092.65 | ▓▓ |
| ▓▓ | ▓▓ | ▓▓ | ▓▓ | ▓▓ | ▓▓ | | |
| 1136 | 12/08 | $1,707.33 | 438365310 | 1149 | 12/16 | $1,807.18 | ▓▓ |
| ▓▓ | ▓▓ | ▓▓ | ▓▓ | ▓▓ | ▓▓ | | |
| 1138 | 12/08 | $2,000.00 | 437518340 | 1151 | 12/16 | $4,500.00 | ▓▓ |

24 Check(s) Posted = $93,611.87

An asterisk (*) indicates a skip in sequential check numbers.

### Account Activity

| Date | Description | | Credits | Debits | Balance |
|---|---|---|---|---|---|
| 12-01 | Beginning Balance | | | | $66,072.88 |
| ▓▓ | ▓▓ | | | ▓▓ | |
| 12-01 | CHECK | 1128 | | $16,000.00 | $48,▓▓ |
| ▓▓ | ▓▓ | ▓▓ | | ▓▓ | |
| 12-02 | CHECK | 1130 | | $15,000.00 | $31,▓▓ |
| ▓▓ | ▓▓ | ▓▓ | | ▓▓ | |
| 12-04 | DEPOSIT | | $24,673.83 | | $55,19▓ |

PRIMARY ACCOUNT #: 61004945004

## BUSINESS CHECKING I

INTERSTATE DEMOLITION &
ENVIRONMENTAL CORP

Account # 61004945004

### Balances

| | | | |
|---|---|---|---|
| Beginning Balance | [illegible] | Ending Balance | |
| Deposits/Credits | + $129,117.29 | Average Daily Balance | $21,033.09 |
| [illegible] | [illegible] | | |

### Checks Posted

| Check # | Date Paid | Amount | Reference # | Check # | Date Paid | Amount | Reference # |
|---|---|---|---|---|---|---|---|
| 1152 | [illegible] | [illegible] | [illegible] | 1167 | 01/23 | $650.00 | 417441[illegible] |
| 1153 | 01/08 | $3,431.70 | 435786490 | 1168 | [illegible] | [illegible] | [illegible] |
| 1154 | [illegible] | $3,431.70 | [illegible] | 1169 | 01/26 | $1,251.99 | 418611[illegible] |
| 1155 | 01/13 | $2,720.00 | 435005430 | 1170 | [illegible] | [illegible] | [illegible] |
| 1156 | [illegible] | [illegible] | [illegible] | 1171 | 01/22 | $4,216.25 | 43864[illegible] |
| 1157 | 01/16 | $1,000.00 | 434436560 | 1172 | [illegible] | [illegible] | [illegible] |
| 1158 | [illegible] | [illegible] | [illegible] | 1173 | 01/21 | $2,000.00 | 430860[illegible] |
| 1159 | 01/16 | $4,000.00 | 414233750 | 1174 | [illegible] | [illegible] | [illegible] |
| 1160 | [illegible] | [illegible] | [illegible] | 1175 | 01/29 | $10,490.00 | 438738[illegible] |
| 1162* | 01/30 | $650.00 | 431781100 | 1176 | 01/28 | [illegible] | [illegible] |
| 1166 | 01/28 | $800.00 | 431105010 | 1177 | 01/28 | $308.87 | 437342850 |

22 Check(s) Posted = $69,645.51
An asterisk (*) indicates a skip in sequential check numbers.

### Account Activity

| Date | Description | Credits | Debits | Balance |
|---|---|---|---|---|
| 01-01 | Beginning Balance | | | $1,918.02 |
| 01-06 | DEPOSIT | $7,200.00 | | [illegible] |
| 01-06 | CHECK 1152 | | $1,116.81 | $8,001.21 |
| 01-08 | CHECK 1153 | | $3,431.70 | [illegible] |
| 01-08 | CHECK 1154 | | $3,431.70 | $1,137.81 |
| 01-09 | DEPOSIT | $10,000.00 | | [illegible] |
| 01-09 | PAYCHEX - RCX PAYROLL 12122600001058X | | $2,047.90 | $9,089.91 |

PRIMARY ACCOUNT # 61004[...]

**BUSINESS CHECKING I**

INTERSTATE DEMOLITION &
ENVIRONMENTAL CORP

Account # 61004945[...]

## Balances

| | | | |
|---|---|---|---|
| Beginning Balance | $48,650.87 | Ending Balance | |
| Deposits/Credits | + $123,111.07 | Average Daily Balance | $36,218[...] |
| Withdrawals/Debits | $124,848.97 | | |

## Checks Posted

| Check # | Date Paid | Amount | Reference # | Check # | Date Paid | Amount | Reference # |
|---|---|---|---|---|---|---|---|
| 1163 | 02/04 | $600.00 | 431915490 | 1196 | 02/18 | $1,000.00 | |
| 1164 | 02/06 | $650.00 | 423601460 | 1197 | 02/18 | $1,000.00 | 4177[...] |
| 1165 | 02/09 | $600.00 | 424590690 | 1198 | 02/18 | $1[...] | |
| 1178* | 02/04 | $35,000.00 | 431910160 | 1199 | 02/17 | $3,078.60 | 436[...] |
| 1179 | 02/02 | $2,000.00 | 436532400 | 1200 | 02/18 | $1,25[...] | |
| 1180 | 02/04 | $2,844.51 | 431907420 | 1201 | 02/18 | $2,789.49 | 418[...] |
| 1181 | 02/06 | $170.80 | 437094560 | 1202 | 02/13 | $1,20[...] | |
| 1182 | 02/10 | $10,710.00 | 411554520 | 1203 | 02/13 | $2,047.26 | 4320[...] |
| 1183 | 02/09 | $6,142.04 | 431307730 | 1204 | 02/17 | $2,0[...] | |
| 1184 | 02/09 | $455.91 | 418616590 | 1205 | 02/13 | $650.00 | 434671640 |
| 1185 | 02/09 | $548.50 | 430507380 | 1206 | 02/24 | $95[...] | |
| 1186 | 02/10 | $3,005.51 | 434213670 | 1207 | 02/24 | $662.40 | 4339[...] |
| 1187 | 02/12 | $1,604.00 | 426514310 | 1208 | 02/23 | $95[...] | |
| 1188 | 02/10 | $1,088.59 | 434096690 | 1209 | 02/20 | $10,000.00 | 4354[...] |
| 1189 | 02/09 | $3,255.10 | 438675990 | 1210 | 02/27 | $[...] | |
| 1190 | 02/09 | $2,000.00 | 432732830 | 1211 | 02/20 | $650.00 | 4378[...] |
| 1191 | 02/17 | $650.00 | 416053050 | 1212 | 02/23 | $2[...] | |
| 1192 | 02/20 | $600.00 | 436313330 | 1213 | 02/23 | $2,014.10 | 4322[...] |
| 1193 | 02/25 | $2,500.00 | 436975650 | 1214 | 02/23 | $[...] | |
| 1194 | 02/27 | $600.00 | 432884280 | | | | |

**39 Check(s) Posted = $117,88[...]**
An asterisk (*) indicates a skip in sequential check number.

PRIMARY ACCOUNT #: 61004945004

## BUSINESS CHECKING

INTERSTATE DEMOLITION &
ENVIRONMENTAL CORP

Account # 61004945004

## Balances

| | | | |
|---|---|---|---|
| Beginning Balance | $46,912.47 | Ending Balance | |
| Deposits/Credits | + $99,378.52 | Average Daily Balance | $32,222.55 |
| Checks/Debits | — | | |

## Checks Posted

| Check # | Date Paid | Amount | Reference # | Check # | Date Paid | Amount | Reference # |
|---|---|---|---|---|---|---|---|
| ---- | 03/13 | $2,500.00 | 439997620 | 1235 | 03/10 | $1,483.28 | 430062403 |
| 1215* | 03/02 | $13,230.40 | 430732890 | ---- | 03/-- | ---- | ---- |
| 1216 | 03/01 | ---- | ---- | 1237 | 03/16 | $4,131.09 | 436000000 |
| 1217 | 03/02 | $2,000.00 | 411421580 | 1238 | 03/-- | ---- | ---- |
| 1218 | 03/02 | $650.35 | ---- | 1239 | 03/22 | $1,321.31 | 436120000 |
| 1219 | 03/12 | $694.30 | 435605340 | 1241 | 03/26 | ---- | ---- |
| 1223 | 03/05 | $20,000.00 | 430668200 | 1242 | 03/31 | $456.00 | 444000000 |
| 1224 | 03/03 | $6,000.00 | 432053020 | 1243 | 03/07 | ---- | ---- |
| 1225 | 03/08 | $3,567.20 | 414465260 | 1244 | 03/24 | $14,581.45 | 411428460 |
| 1226 | 03/08 | $208.95 | 414465250 | 1245 | 03/19 | ---- | ---- |
| 1227 | 03/05 | $2,046.68 | 430593760 | 1247* | 03/24 | $502.60 | 434460000 |
| 1228 | 03/05 | $145.80 | 438678760 | 1248 | 03/22 | ---- | ---- |
| 1229 | 03/08 | $2,000.00 | 420623180 | 1249 | 03/22 | $1,015.99 | 436120000 |
| 1230 | 03/11 | $1,251.99 | 433136300 | 1250 | 03/24 | ---- | ---- |
| 1232 | 03/08 | $1,496.00 | 422005680 | 1251 | 03/23 | $500.00 | 430000000 |
| 1233 | 03/11 | $650.00 | 434066160 | 1253 | 03/30 | ---- | ---- |
| 1234 | 03/08 | $780.19 | 420623000 | 1254 | 03/30 | $676.83 | 436305000 |

34 Check(s) Posted = $107,---

An asterisk (*) indicates a skip in sequential check number

## Account Activity

| Date | Description | Credits | Debits | Balance |
|---|---|---|---|---|
| 03-01 | Beginning Balance | | | $46,912.47 |
| 03-01 | DEPOSIT | $14,939.95 | | |
| 03-01 | PAYCHEX TPS TAXES 022604 0096455510917 | | $427.44 | $61,424.98 |

PRIMARY ACCOUNT # 61004...

## BUSINESS CHECKING

INTERSTATE DEMOLITION &
ENVIRONMENTAL CORP

Account # 61004945...

### Balances

| Beginning Balance | $32,276.65 | Ending Balance | |
|---|---|---|---|
| Deposits/Credits | + $63,836.48 | Average Daily Balance | $24,... |
| | | | |

### Checks Posted

| Check # | Date Paid | Amount | Reference # | Check # | Date Paid | Amount | Reference # |
|---|---|---|---|---|---|---|---|
| ▓ | ▓ | ▓ | ▓ | 1259 | 04/06 | $2,000.00 | 4347... |
| 1221 | 04/15 | $11,660.00 | 435959620 | ▓ | ▓ | ▓ | ▓ |
| ▓ | ▓ | ▓ | ▓ | 1261 | 04/22 | $1,251.99 | 4377... |
| 1246* | 04/01 | $5,974.00 | 432988290 | ▓ | ▓ | ▓ | ▓ |
| ▓ | ▓ | ▓ | ▓ | 1263 | 04/20 | $936.00 | ... |
| 1255* | 04/01 | $1,604.00 | 418399800 | ▓ | ▓ | ▓ | ▓ |
| ▓ | ▓ | ▓ | ▓ | 1265 | 04/23 | $2,869.40 | 4915... |
| 1257 | 04/02 | $3,544.96 | 434456810 | ▓ | ▓ | ▓ | ▓ |
| ▓ | ▓ | ▓ | ▓ | | | | |

**17 Check(s) Posted = $84,608.70**

An asterisk (*) indicates a skip in sequential check number

### Account Activity

| Date | Description | Credits | Debits | Balance |
|---|---|---|---|---|
| 04-01 | Beginning Balance | | | $32,275.65 |
| 04-01 | CHECK 1246 | | $5,974.00 | |
| 04-01 | CHECK 1252 | | $7,010.00 | $19,291... |
| 04-01 | CHECK 1255 | | ▓ | |
| 04-01 | CHECK 1256 | | $1,553.61 | $16,1... |
| 04-01 | CHECK 1258 | | ▓ | |
| 04-02 | DEPOSIT | $28,864.73 | | $34,... |
| 04-02 | ▓ | | ▓ | |
| 04-02 | CHECK 1257 | | $3,544.96 | $30,... |

PRIMARY ACCOUNT: 61004█████

## BUSINESS CHECKING

INTERSTATE DEMOLITION &
ENVIRONMENTAL CORP

Account # 61004945███

### Balances

| | | | |
|---|---|---|---|
| ███████ | ███ | ███████ | ███ |
| Deposits/Credits | + $0.00 | Average Daily Balance | $1,77█.██ |
| ███ | ███ | | |

### Service Fees

| | # Transactions | Fee | Total |
|---|---|---|---|
| MONTHLY MAINTENANCE FEE | 1 | 9.00 | $9.00 |
| ███ | | | |
| Total | | | $█.██ |

### Checks Posted

| Check # | Date Paid | Amount | Reference # | Check # | Date Paid | Amount | Reference # |
|---|---|---|---|---|---|---|---|
| ███ | █████ | $2,000.00 | 423267760 | 1268 | 05/12 | $860.62 | 412195███ |

2 Check(s) Posted = $2,860.62
An asterisk (*) indicates a skip in sequential check numbers

### Account Activity

| Date | Description | Credits | Debits | Balance |
|---|---|---|---|---|
| 05-01 | Beginning Balance | | | $5,002.18 |
| 05-07 | CHECK  1267 | | $2,000.00 | ███ |
| 05-10 | PAYCHEX EIB INVOICE 040510 X13063700016005 | | $79.57 | $2,922.61 |
| 05-12 | CHECK  1268 | | $860.62 | ███ |
| 05-17 | LEGAL PROCESS FEE 617 533-1789 | | $75.00 | $1,986.██ |
| 05-██ | ███████████ | | ███ | ███ |
| 05-31 | Ending Balance | | | $0.00 |