**EXHIBIT E**

**Insurance Policies for
Interstate Demolition
And Environmental Corp**

**Travelers**

---

## COMMERCIAL INSURANCE

---

**A Custom Insurance Policy Prepared for:**

**INTERSTATE DEMOLITION &
ENVIRONMENTAL CORP.
180 CANAL STREET
BOSTON MA 02114**



J. BARRY DRISCOLL INS ...

OCT 0 ... 2...

JUDY TO...

**Presented by:  J BARRY DRISCOLL INS INC**

One Tower Square, Hartford, Connecticut 06183

Travelers

COMMON POLICY DECLARATIONS
ISSUE DATE: 10/02/03

POLICY NUMBER: I-810-7638W230-IND-03

INSURING COMPANY:
THE TRAVELERS INDEMNITY COMPANY

1. NAMED INSURED AND MAILING ADDRESS:
   INTERSTATE DEMOLITION &
   ENVIRONMENTAL CORP.
   180 CANAL STREET
   BOSTON, MA 02114

2. POLICY PERIOD: From 09/09/03 to 09/09/04 12:01 A.M. Standard Time at
                                                    your mailing address.

3. LOCATIONS
   Premises  Bldg.
   Loc. No.  No.  Occupancy              Address

4. COVERAGE PARTS FORMING PART OF THIS POLICY AND INSURING COMPANIES:
   COMMERCIAL AUTOMOBILE COVERAGE DECLARATIONS          CA TO 44 10 98 IND

5. NUMBERS OF FORMS AND ENDORSEMENTS
   FORMING A PART OF THIS POLICY:   SEE IL T8 01 10 93

6. SUPPLEMENTAL POLICIES: Each of the following is a separate policy
                          containing its complete provisions:
   Policy                    Policy No.              Insuring Company

   DIRECT BILL
7. PREMIUM SUMMARY:
   Provisional Premium   $ 418
   Due at Inception      $
   Due at Each           $

NAME AND ADDRESS OF AGENT OR BROKER:        COUNTERSIGNED BY:
   J BARRY DRISCOLL INS INC (23385)
   P O BOX 9120
   NORWELL, MA 02061                        Authorized Representative
                                            DATE: _____10-8-03_____

IL TO 02 11 89    PAGE 1 OF 1               OFFICE: HUDSON/BOSTON MA

# COMMERCIAL GENERAL LIABILITY DECLARATIONS

**POLICY NUMBER**
**00001391-0**

**JAMES RIVER INSURANCE COMPANY**
**7130 GLEN FOREST DRIVE, SUITE 210**
**RICHMOND, VA  23226-3754**

**1. NAMED INSURED AND MAILING ADDRESS:**
Interstate Demolition & Environmental Corp.
180 Canal Street
Boston, MA
02114

**PRODUCER:10473**
Heath Insurance Brokers of Connecticut LLC
195 Farmington Ave., Ste. 210
Farmington, CT 06032

**2.  POLICY PERIOD:** From 09/09/2003  to  09/09/2004  12:01 A.M. Standard Time at your Mailing Address above.

**IN RETURN FOR THE PAYMENT OF THE PREMIUM, IN RELIANCE UPON THE STATEMENTS IN THE APPLICATION(S) AND SUBJECT TO ALL THE TERMS OF THIS POLICY, WE AGREE WITH YOU TO PROVIDE THE INSURANCE AS STATED IN THIS POLICY.**

| LIMITS OF INSURANCE | | |
|---|---|---|
| EACH OCCURRENCE LIMIT | $ | 1,000,000 |
| DAMAGE TO PREMISES | | 50,000 |
| RENTED TO YOU LIMIT | $ | Any one premises |
| MEDICAL EXPENSE LIMIT | $ | Excluded Any one person |
| MEDICAL EXPENSE AGGREGATE | $ | Excluded |
| PERSONAL & ADVERTISING INJURY LIMIT | $ | 1,000,000 Any one person or organization |
| GENERAL AGGREGATE LIMIT | $ | 2,000,000 |
| PRODUCTS/COMPLETED OPERATIONS AGGREGATE LIMIT | $ | 2,000,000 |

| RETROACTIVE DATE (CG 00 02 ONLY) |
|---|
| THIS POLICY IS ON A CLAIMS-MADE AND REPORTED BASIS WHICH PROVIDES LIABILITY COVERAGE ONLY IF A CLAIMS IS FIRST MADE AND REPORTED DURING THE POLICY PERIOD OR ANY APPLICABLE EXTENDED REPORTING PERIOD.  THIS INSURANCE DOES NOT APPLY TO "BODILY INJURY", "PROPERTY DAMAGE" OR "PERSONAL AND ADVERTISING INJURY" WHICH OCCURS BEFORE THE RETROACTIVE DATE, IF ANY, SHOWN BELOW. |
| RETROACTIVE DATE:  NONE |
| (ENTER DATE OR "NONE" IF NO RETROACTIVE DATE APPLIES) |

| DESCRIPTION OF BUSINESS |
|---|
| FORM OF BUSINESS:  Corporation |
| BUSINESS DESCRIPTION:   Demolition/Scrap Metal |

| ALL PREMISES YOU OWN, RENT OR OCCUPY | |
|---|---|
| LOCATION NUMBER | ADDRESS OF ALL PREMISES YOU OWN, RENT OR OCCUPY |
| 1 | 180 Canal Street, Boston, MA 02114 |

MC0001US 04-03



# COMMERCIAL INSURANCE

### A Custom Insurance Policy Prepared for:

**INTERSTATE DEMOLITION &
ENVIRONMENTAL CORP.
180 CANAL STREET
BOSTON MA 02114**

# COMMERCIAL EXCESS LIABILITY POLICY
## DECLARATIONS

**JAMES RIVER INSURANCE COMPANY**
**7130 GLEN FOREST DRIVE, SUITE 210**
**RICHMOND, VA 23226-3754**

POLICY NUMBER:
00001299-0

**ITEM 1.** NAMED INSURED AND MAILING ADDRESS:       PRODUCER:

Interstate Demolition & Environmental Corp.       Heath Insurance Brokers of Connecticut LLC
180 Canal Street                                  195 Farmington Ave, Ste 210
Boston, MA 02114                                  Farmington, CT 06032-1700

**ITEM 2.** POLICY PERIOD:          From: 09/09/2003          To: 09/09/2004
12:01 A.M. Standard Time at your mailing address

**ITEM 3.** BUSINESS DESCRIPTION: Corporation

**ITEM 4.** LIMITS OF INSURANCE:

    A.  Each Occurrence ............................................................ $ 4,000,000
    B.  Annual Aggregate ........................................................…..$ 4,000,000

**ITEM 5.** SCHEDULE OF UNDERLYING INSURANCE:
    See attached Schedule B – Schedule of Underlying Insurance

**ITEM 6.** PREMIUM COMPUTATION:
    Annual Premium ……………………...................................................$ 12,200.00
    Policy Minimum Premium .........................................................$ 3,050.00

**ITEM 7.** ENDORSEMENTS ATTACHED TO THE POLICY AT INCEPTION:
    See attached Schedule A – Schedule of Forms

XC0001US 04-03                                                    Page 1 of 1

**STATE WORKERS' INSURANCE FUND**

Commonwealth of Pennsylvania • Department of Labor and Industry
100 Lackawanna Avenue, P.O. Box 5100, Scranton, PA 18505-5100
Phone: (570) 963-4635

WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY

NCCI NO. 19984
NEW POLICY

INFORMATION PAGE

1.  INSURED:      (THE POLICYHOLDER IS        POL#: 04762395 1031
                   RECEIVING A COPY.)          DATE: 09/09/03
    INTERSTATE DEMOLITION & ENVIRO            ARD:
    C/O J BARRY DRISCOLL INS AGENCY          BUREAU ID#:
    PO BOX 9120 600 LONGWATER DR             BUSINESS TYPE: CORPORATION
    NORWELL        MA 02061                  COUNTY:   99 OUTSIDE STATE
                                             DISTRICT:  O

2.  POLICY PERIOD: THE POLICY PERIOD IS FROM 09 05 03 TO 09 05 04 AT 12:01 AM
                   AT THE INSURED'S MAILING ADDRESS.

3A. WORKERS COMPENSATION INSURANCE: PART ONE OF THE POLICY APPLIES TO THE
    WORKERS COMPENSATION LAW OF THE STATE OF PENNSYLVANIA.

 B. EMPLOYERS LIABILITY INSURANCE:  PART TWO OF THE POLICY APPLIES TO WORK IN
    THE STATE OF PENNSYLVANIA.  THE LIMITS OF OUR LIABILITY UNDER PART TWO
    ARE:

    BODILY INJURY BY ACCIDENT $1,000,000 EACH ACCIDENT
    BODILY INJURY BY DISEASE  $1,000,000 EACH EMPLOYEE
    BODILY INJURY BY DISEASE  $1,000,000 POLICY LIMIT

 C. OTHER STATES INSURANCE: PART THREE OF THE POLICY APPLIES TO THE STATES
    IF ANY, LISTED HERE:  NONE, EXCEPT AS SHOWN IN PART THREE.

4.  PREMIUM:  THE PREMIUM FOR THIS POLICY WILL BE DETERMINED BY OUR MANUALS
    OF RULES, CLASSIFICATIONS, RATES AND RATING PLANS.  ALL INFORMATION
    REQUIRED BELOW IS SUBJECT TO VERIFICATION AND CHANGE BY AUDIT.

| CODE # | CLASSIFICATION | PREMIUM BASIS TOTAL ESTIMATED ANNUAL REMUNERATION | RATE PER $100 OF REMUNERATION | ESTIMATED ANNUAL PREMIUM |
|--------|----------------|--------------------------------------------------|-------------------------------|--------------------------|
| 0655 | IRON ERECTION | | | |
| | EFF: 09/05/03  EXP : | 40,000 | 26.71 | 10,684 |
| 9812 | CHARGE FOR INCREASED EMPLOYERS LIABILITY | | | |
| | LIMITS OF 1,000,000/1,000,000/1,000,000 | | | |
| | EFF: 09/05/03  EXP : | 10,684 | 3.30 | 353 |

WC 00 00 01A
COPYRIGHT 1987
NCCI



**AMERICAN INTERNATIONAL SPECIALTY LINES
INSURANCE COMPANY**
175 Water Street, Twelfth Floor
New York, New York 10038

A Member Company
of American International
Group, Inc.

## CONTRACTOR'S POLLUTION LIABILITY POLICY

### DECLARATIONS

**NOTICE: AMOUNTS INCURRED FOR LEGAL DEFENSE SHALL BE APPLIED AGAINST THE
DEDUCTIBLE AMOUNT AND ALSO SHALL REDUCE THE LIMIT OF LIABILITY AVAILABLE TO
PAY OTHER COSTS COVERED BY THIS INSURANCE.**

**POLICY NUMBER:**          CPO 1178577

**Item 1. NAMED INSURED:**     INTERSTATE DEMOLITION & ENVIRONMENTAL CORPORATION

**ADDRESS:**     180 CANAL STREET
BOSTON, MA 02114

**Item 2. POLICY PERIOD:**

**FROM:** October 8, 2003          **TO:** September 8, 2004
12:01 AM STANDARD TIME AT THE ADDRESS OF THE NAMED INSURED SHOWN ABOVE

**Item 3. LIMIT OF LIABILITY:** $5,000,000          **EACH LOSS**
$5,000,000          **AGGREGATE**

**Item 4. DEDUCTIBLE:**          $10,000          **EACH LOSS**

**Item 5. POLICY PREMIUM:**     $14,876.00

**Premium for Certified Acts of Terrorism Coverage Under Terrorism Risk Insurance Act 2002:**
Not Applicable, Coverage Rejected By Insured

**Broker:**     DRISCOLL INSURANCE AGENCY INC, J BARRY
600 LONGWATER DRIVE
PO BOX 9120
NORWELL, MA 02061

*Karen Moody*

By _____
**AUTHORIZED REPRESENTATIVE**
or countersignature (in states where applicable)

74986 (7/00)
CI0651

NOTICE: THIS INSURER IS NOT LICENSED IN THE STATE OF NEW YORK AND IS NOT SUBJECT TO ITS SUPERVISION
INSURED'S COPY