**EXHIBIT F**

**Authority to Conduct Business
In State of Pennsylvania for
Interstate Demolition
And Environmental Corp**

BUREAU OF CORPORATION TAXES  
DEPT. 280705  
HARRISBURG, PA 17128-0705

COMMONWEALTH OF PENNSYLVANIA  
DEPARTMENT OF REVENUE



REV-1709 CT APP (07-99)

JUL 07 2003

INTERSTATE DEMOLITION &  
ENVIRONMENTAL CORP  
180 CANAL ST  
BOSTON          MA 02114

File Number              2673-041  
Fiscal Year End          DEC  
Federal ID #             16-1665965  
Incorporation-  
Authority Date           05-22-2003  
Std. Industry Code       1795  
Taxes Subject            BA  
    FOREIGN FRANCHISE  
    LOANS  
    CORPORATE NET INCOME

DEAR TAXPAYER,

Welcome to Pennsylvania's business community. The Department of Revenue has been advised that you are authorized to conduct business within the Commonwealth of Pennsylvania.

An account (file number) has been assigned for tax reporting purposes and is listed above. Please reference this number on all correspondence. The types of taxes that you are subject to report annually are also listed. Carefully review this information and make sure that your name, address and other tax information is complete and accurate. If no Federal Identification number is indicated above, please provide this number as soon as it is available to you from the Federal Government. If there are changes or additions, make the appropriate adjustments on a copy of this letter and return it promptly to:
    PA Department of Revenue  
    Processing Division-Registry Unit  
    Dept. 280705  
    Harrisburg, PA 17128-0705

Pay particular attention to the month your business or fiscal year ends. This month determines when the department will automatically mail to you current tax forms and instructions. For most taxes, the annual report must be filed within 105 days after the close of your tax year.

For Capital Stock, Foreign Franchise, Corporate Net Income, and Mutual Thrift Taxes, your first quarterly estimated payments are due within 75 days following the incorporation/authority date. Likewise, form REV-1640 (attached for your convenience) requesting Subchapter S status for Pennsylvania must be filed within 75 days in addition to such election for the Federal Government.

Tax reports must be timely filed annually even if your first year is less than 12 months long and regardless of the extent of business activity. Until you formally dissolve your corporate charter, file an out of existence affidavit or cancel a (PUC) license of authorization, you legally are obligated to pay timely and file all appropriate tax returns. Failure to maintain a current filing status can result in penalties and liens.

The Department of Revenue appreciates your cooperation and wishes your business much success in Pennsylvania. If you have any questions please call the Telephone Unit at (717) 787-1064.

                Sincerely,

                Bureau of Corporation Taxes  
                PA Department of Revenue

## PENNSYLVANIA DEPARTMENT OF STATE
## CORPORATION BUREAU

### Application for Certificate of Authority
(15 Pa.C.S.)

Entity Number
3145130

__X__ Foreign Business Corporation (§ 4124)
____ Foreign Nonprofit Corporation (§ 6124)

Name: CT CORP COUNTER
Address:
City:          State:          Zip Code:

Document will be returned to the name and address you enter to the left. ←

Fee: $180

Filed in the Department of State on ___MAY 22 2003___

_Pedro C. Cortés_
Secretary of the Commonwealth

In compliance with the requirements of the applicable provisions of 15 Pa.C.S. (relating to corporations and unincorporated associations), the undersigned, hereby states that:

1. The name of the corporation is:
   **INTERSTATE DEMOLITION & ENVIRONMENTAL CORP.**

2. *Complete only when the corporation must adopt a corporate designator for use in Pennsylvania.*
   The name which the corporation adopts for use in this Commonwealth is:

3. *If the name set forth in paragraph 1 or 2 is not available for use in this Commonwealth, complete the following:*
   The fictitious name which the corporation adopts for use in transacting business in this Commonwealth is:

   The corporation shall do business in Pennsylvania only under such fictitious name pursuant to the attached resolution of the board of directors under the applicable provisions of 15 Pa.C.S. (relating to corporations and unincorporated associations) and the attached form DSCB:54-311 (Application for Registration of Fictitious Name).

4. The name of the jurisdiction under the laws of which the corporation is incorporated is:
   Delaware

5. The address of its principal office under the laws of the jurisdiction in which it is incorporated is:

| 180 Canal Street, 5th Floor | Boston | MA | 02114 |
|---|---|---|---|
| Number and street | City | State | Zip |

DSCB:15-4124/6124-2

6. The (a) address of this corporation's proposed registered office in this Commonwealth or (b) name of its commercial registered office provider and the county of venue is:

   (a) Number and street          City          State          Zip          County

   (b) Name of Commercial Registered Office Provider                County
   c/o: C T CORPORATION SYSTEM                                       Philadelphia

7. *Check one of the following:*

   _X_ *Business Corporation*: The corporation is a corporation incorporated for a purpose or purposes involving pecuniary profit, incidental or otherwise.

   ___ *Nonprofit Corporation*: The corporation is a corporation incorporated for a purpose or purposes not involving pecuniary profit, incidental or otherwise.

---

IN TESTIMONY WHEREOF, the undersigned corporation has caused this Application for Certificate of Authority to be signed by a duly authorized officer thereof this

14th day of May,

2003.

INTERSTATE DEMOLITION & ENVIRONMENTAL CORP
Name of Corporation

_____
Signature

President
Title

PA028 - 10/23/2001 C T System Online