**EXHIBIT G**

**SS-4 (EIN) for
Interstate Demolition
And Environmental Corp**

```
DEPARTMENT OF THE TREASURY           DATE OF THIS NOTICE: 05-21-2003
INTERNAL REVENUE SERVICE             NUMBER OF THIS NOTICE: CP 575 A
HOLTSVILLE  NY   00501-0023          EMPLOYER IDENTIFICATION NUMBER: 16-1665965
                                     FORM:  SS-4                NOBOD
                                     0133657082  B
```

FOR ASSISTANCE CALL US AT:
1-800-829-0115

OR WRITE TO THE ADDRESS
SHOWN AT THE TOP LEFT.

IF YOU WRITE, ATTACH THE
STUB OF THIS NOTICE.

```
INTERSTATE DEMOLITION &
 ENVIRONMENTAL CORP
180 CANAL ST
BOSTON  MA    02114
```

### WE ASSIGNED YOU AN EMPLOYER IDENTIFICATION NUMBER (EIN)

Thank you for your Form SS-4, Application for Employer Identification Number (EIN). We assigned you EIN 16-1665965. This EIN will identify your business account, tax returns, and documents even if you have no employees. Please keep this notice in your permanent records.

Use your complete name and EIN shown above on all federal tax forms, payments and related correspondence. If you use any variation of your name or EIN, it may cause a delay in processing and may result in incorrect information in your account. It also could cause you to be assigned more than one EIN.

Based on the information shown on your Form SS-4, you must file the following form(s) by the date we show.

```
            Form 941                          07/31/2003
            Form 1120                         03/15/2004
            Form 940                          01/31/2004
```

Your assigned tax classification is based on information obtained from your Form SS-4. It is not a legal determination of your tax classification, and is not binding on the IRS. If you want a determination of your tax classification, you may seek a private letter ruling from the IRS under the procedures set forth in Revenue Procedure 98-01, 1998-1 I.R.B.7 (or the superceding revenue procedure for the year at issue).

If you need help in determining what your tax year is, you can get Publication 538, Accounting Periods and Methods, at your local IRS office.

If you have questions about the form(s) or the due date(s) shown, you can call us at 1-800-829-0115 or write to us at the address shown above.

```
(IRS USE ONLY)    575A              05-21-2003  INTE  B   0133657082  SS-4
```

    If you are required to make deposits for employment taxes (Form 941, 943, 940, 945, CT-1, or 1042), excise taxes (Form 720), or income taxes (Form 1120), we will send an initial supply of Federal Tax Deposit (FTD) coupon books within six weeks. If you need to make a deposit before you receive your supply, call us at 1-800-829-3676.

    Start your business off right - pay your taxes the easy way. Pay through the Electronic Federal Tax Payment System (EFTPS). For information, call 1-800-829-3676 and request Publication 966, EFTPS Answers to the Most Commonly Asked Questions.

    Please use the label IRS provided when filing tax documents. Use FTD coupons when making FTD payments. If that isn't possible, use your EIN and complete name and address as shown below to identify your account and to avoid delays in processing.

```
                    INTERSTATE DEMOLITION &
                     ENVIRONMENTAL CORP
                    180 CANAL ST
                    BOSTON   MA    02114
```

    If this information isn't correct, please correct it using the bottom part of this notice. Return it to the address shown so we can correct your account.

Note: If you change your corporation to an S corporation, you must file Form 2553, Election by a Small Business Corporation.

Note: If you change your business to a corporation, you may need to file Form 8832, Entity Classification Election. See forms for instructions to determine if you are required to file.

| Form **SS-4** | **Application for Employer Identification Number** | EIN 16-1665965 |
|---|---|---|
| (Rev. December 2001)<br>Department of the Treasury<br>Internal Revenue Service | (For use by employers, corporations, partnerships, trusts, estates, churches, government agencies, Indian tribal entities, certain individuals, and others.)<br>▶ See separate instructions for each line.  ▶ Keep a copy for your records. | OMB No. 1545-0003 |

| | |
|---|---|
| **1** Legal name of entity (or individual) for whom the EIN is being requested<br>INTERSTATE DEMOLITION & ENVIRONMENTAL CORP | |
| **2** Trade name of business (if different from name on line 1) | **3** Executor, trustee, "care of" name |
| **4a** Mailing address (room, apt., suite no. and street, or P.O. box)<br>180 CANAL STREET | **5a** Street address (if different) (Do not enter a P.O. box.) |
| **4b** City, state, and ZIP code<br>BOSTON, MA   02114 | **5b** City, state, and ZIP code |
| **6** County and state where principal business is located<br>SUFFOLK | |
| **7a** Name of principal officer, general partner, grantor, owner, or trustor<br>DOMENIC IGNAGNI | **7b** SSN, ITIN, or EIN<br>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 |

**8a** Type of entity (check only one box)
- ☐ Sole proprietor (SSN) _____
- ☐ Partnership
- ☒ Corporation (enter form number to be filed) ▶ _____
- ☐ Personal service corp.
- ☐ Church or church-controlled organization
- ☐ Other nonprofit organization (specify) ▶ _____
- ☐ Other (specify) ▶
- ☐ Estate (SSN of decedent) _____
- ☐ Plan administrator (SSN) _____
- ☐ Trust (SSN of grantor) _____
- ☐ National Guard        ☐ State/local government
- ☐ Farmers' cooperative  ☐ Federal government/military
- ☐ REMIC                 ☐ Indian tribal governments/enterprises
- Group Exemption Number (GEN) ▶ _____

**8b** If a corporation, name the state or foreign country (if applicable) where incorporated
State: DELAWARE       Foreign country:

**9** Reason for applying (check only one box)
- ☒ Started new business (specify type) ▶ _____
- ☐ Hired employees (Check the box and see line 12.)
- ☐ Compliance with IRS withholding regulations
- ☐ Other (specify) ▶
- ☐ Banking purpose (specify purpose) ▶ _____
- ☐ Changed type of organization (specify new type) ▶ _____
- ☐ Purchased going business
- ☐ Created a trust (specify type) ▶ _____
- ☐ Created a pension plan (specify type) ▶ _____

| | | |
|---|---|---|
| **10** Date business started or acquired (month, day, year)<br>MAY 14, 2003 | **11** Closing month of accounting year<br>DECEMBER 31 | |
| **12** First date wages or annuities were paid or will be paid (month, day, year). **Note:** If applicant is a withholding agent, enter date income will first be paid to nonresident alien. (month, day, year) ▶ 5-16-03 | | |
| **13** Highest number of employees expected in the next 12 months. **Note:** If the applicant does not expect to have any employees during the period, enter "-0-." ▶ | Agricultural | Household | Other 4 |

**14** Check one box that best describes the principal activity of your business.
☐ Construction  ☐ Rental & leasing  ☐ Transportation & warehousing  ☐ Health care & social assistance  ☐ Wholesale-agent/broker
☐ Real estate   ☐ Manufacturing    ☐ Finance & insurance            ☐ Accommodation & food service    ☐ Wholesale-other  ☐ Retail
                                                                      ☐ Other (specify)

**15** Indicate principal line of merchandise sold; specific construction work done; products produced; or services provided.
DEMOLITION & ENVIRONMENTAL & SCRAP PROCESS & BROKERAGE

**16a** Has the applicant ever applied for an employer identification number for this or any other business? ☐ Yes  ☒ No
Note: If "Yes," please complete lines 16b and 16c.

**16b** If you checked "Yes" on line 16a, give applicant's legal name and trade name shown on prior application if different from line 1 or 2 above.
Legal name ▶                               Trade name ▶

**16c** Approximate date when, and city and state where, the application was filed. Enter previous employer identification number if known.
Approximate date when filed (mo., day, year)    City and state where filed    Previous EIN

**Third Party Designee** — Complete this section only if you want to authorize the named individual to receive the entity's EIN and answer questions about the completion of this form.
Designee's name:
Address and ZIP code:
Designee's telephone number (include area code): ( )
Designee's fax number (include area code): ( )

Under penalties of perjury, I declare that I have examined this application, and to the best of my knowledge and belief, it is true, correct, and complete.

Name and title (type or print clearly) ▶
Applicant's telephone number (include area code): (617) 523-7740
Applicant's fax number (include area code): ( )

Signature ▶                    Date ▶ 5-14-03

For Privacy Act and Paperwork Reduction Act Notice, see separate instructions.    Cat. No. 16055N    Form **SS-4** (Rev. 12-2001)

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CSX Transportation, Inc., )<br>)<br>Plaintiff )<br>)<br>v. )<br>)<br>Recovery Express, Inc. in its own right )<br>And d/b/a Interstate Demolition and )<br>Environmental Corp., )<br>)<br>Defendant ) | Civil Action No.:<br>04-1293 WGY |

**CERTIFICATE OF SERVICE**

I, Kevin P. Mc Mahon, do hereby certify that on December 30, 2005, I served the foregoing Motion for Summary Judgment on the plaintiff by facsimile and by mailing a copy of the same first class to the following:

Jonathan F. Ball
JANSSEN KEENAN & CIARDI PC
One Commerce Square
2005 Market Street
Suite 2050
Philadelphia, PA 19103-7012

And Fax to: 215-665-8887

_____
Kevin P. Mc Mahon,  BBO No.: 630335
40 Willard Street
Suite 304
Quincy, MA  02169
(617) 745-0009