

# INTERSTATE DEMOLITION AND ENVIRONMENTAL CORP.

January 28, 2004

CSX Tranportation Inc
Kerri Harris
PO Box 116651
Atlanta, GA 30368-6651

RE: Your Invoices

Dear Ms. Harris :

Enclosed please find copies of 4 invoices sent to us that total $115,757.36. These are for scrap cars ordered by Albert Arillotta. **Mr. Arillotta is not authorized to represent Interstate Demolition in any way** At your suggestion I have tried several times, unsuccessfully, to reach Mr Lyn Whitehead by telephone.

These cars were not delivered to an Interstate jobsite nor is any work associated with them supervised or insured by Interstate We are not liable for these costs. I can be reached in this office at 617-523-7740 M-F, 9-5pm with any questions. Thank you.

Very truly yours,

*Nancy E. Marto*
Nancy E Marto
Interstate Demolition

cc: L.P. Whitehead

180 Canal Street • Boston, MA 02114 • Phone 617-523-7740 • Fax 617-367-3627