



Recovery Express Inc. is a progressive waste management company working with public and private groups to manage the transportation and disposal of all types of hazardous waste. We are New England's industry leader in the highly competitive asbestos disposal field. Our aim is to provide strategic, new technologies for our customers. One example of our industry leadership is our unique COMPAX$^{tm}$ system, a mobile lead recycling system. All COMPAX$^{tm}$ waste material is shipped to Exide Corporation for lead recovery for commercial reuse.

Recovery Express Inc. provides licensed hazardous waste transportation and has long standing relationships with state of the art, completely insured and permitted disposal sites in the United States. These sites include special industrial landfills, hazardous waste facilities, and licensed recyclers. Recovery Express Inc. works closely with generators, regulators and disposal facilities to make sure that our client's disposal decisions are best for them and for the environment.

**Visit Our Affiliate Below:**



---

*Please feel free to call us or contact us by e-mail: sales@recoveryexpress.com*

Recovery Express, Inc
180 Canal Street
Boston MA 02114
phone: (617) 523-7740
fax: (617) 367-3627

Copyright© 1998-2002 Recovery Express, Inc
Web Site By Single Step Web Management