UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action
No: **04-12293-WGY**

**CSX TRANSPORTATION, INC.**
.
**Plaintiff**

v.

**RECOVERY EXPRESS, INC.**

**Defendant**

JUDGMENT

This action came before the court on a motion for Summary Judgment. After hearing the Court Allows the defendant's Motion for Summary Judgment. Judgment for the Defendant Recovery Express, Inc. against Plaintiff CSX Transportation, Inc..
.

**Sarah A. Thornton**
**Clerk**


**  /s/ Elizabeth Smith**
**Deputy Clerk**

**February 3, 2006**
**To: All Counsel**